# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

Jamal Johnson,

                Appellant

      v.

PA Dept. of Corrections; Dorina Varner; Vincent Mooney; Charles Stetler; Thomas Williams,

                Appellees

: No. 34 WAP 2014

## ORDER

**AND NOW**, this 19th day of April, 2016, the above captioned appeal is quashed for failure to file Appellant's brief.

_____

Prothonotary